THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Ila Michele Carter,       
Appellant.
 
 
 

Appeal From Anderson County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2003-UP-160
Submitted November 20, 2003  Filed 
 February 25, 2003 

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Druanne D. White, of Anderson; for Respondent
 
 
 

PER CURIAM: Ila Michelle Carter appeals 
 her convictions for homicide by child abuse and inflicting great bodily injury 
 upon a child.  The trial court sentenced Carter to life imprisonment for homicide 
 by child abuse and a consecutive twenty-year sentence for inflicting great bodily 
 injury upon a child. 
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Carter 
 attached to the final brief a petition to be relieved as counsel, stating he 
 had reviewed the record and concluded Carters appeal is without legal merit 
 sufficient to warrant a new trial.  Carter filed a separate pro se 
 response brief.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
CONNOR, STILWELL, AND HOWARD, JJ., concur.